Form:nthrgBK

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 21–49139–tjt
Chapter: 13
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   Mary Jane Swope
   35458 St. Clair Drive
   New Baltimore, MI 48047

Social Security No.:
   xxx–xx–5553

Employer's Tax I.D. No.:

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

**55** − Application to Approve Disbursements of Attendant Care Back Pay Insurance Benefits Controversy with Bristol West Insurance Company, Filed by Debtor Mary Jane Swope (Dimovski, Daniela)

will be held on: 11/3/22 at 11:00 AM at Courtroom 1925, 211 West Fort St., Detroit, MI 48226

Note: effective beginning April 14, 2022, with the exception of trials in adversary proceedings, and evidentiary hearings in contested matters, all conferences and hearings in cases pending before Judge Tucker will be conducted by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (888) 684−8852 and use Access Code 2388650. Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called. After the case is called, counsel and parties should unmute their phone in order to enter their appearance and to speak, but should keep their phone on mute when not speaking. Anyone who dials into a court hearing is prohibited from placing the court call on hold. The above procedures apply to all telephonic hearings and telephonic conferences with Judge Tucker. This includes all contested matter hearings before Judge Tucker in Chapter 13 cases, which normally begin at 1:30 p.m. on the assigned hearing day, unless the hearing notice states a hearing time of 2:00 p.m. or later.

The above procedures do not apply to the status conferences that are regularly scheduled in Chapter 13 cases assigned to Judge Tucker and that are conducted by the Chapter 13 Trustee Tammy L. Terry, and that are noticed for 9:00 a.m., 10:00 a.m., or 11:00 a.m. on the assigned hearing day. The Chapter 13 Trustee, Tammy L. Terry, will contact the parties in advance of the scheduled hearing date to resolve all matters. Only unresolved matters will be the subject of a status conference, upon the request of the parties. In any event, counsel and parties are directed not to appear at the courtroom for the status conferences, but instead should contact the Chapter 13 Trustee Tammy L. Terry to obtain instructions as to how to participate in those telephonic status conferences. The telephone number listed above for telephonic conferences and non−evidentiary hearings on the record before Judge Tucker is not the telephone number to use for Chapter 13 status conferences conducted by the Trustee.

Dated: 10/18/22

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court